**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PATRICK CONNOLLY,**

    **Petitioner,**

v.                                            **CASE NO. 6:11-cv-385-Orl-35JGK**

**UNITED STATES OF AMERICA,**

    **Respondent.**

_____/

## ORDER

Petitioner has filed a Motion for Reconsideration (Doc. No. 4, filed March 24, 2011), which the Court construes as an objection to the Order entered on March 16, 2011 (Doc. No. 2) by United States Magistrate Judge Gregory J. Kelly. The Order entered on March 16, 2011, struck Petitioner's initial section 2255 motion because it exceeded twenty-five pages, and it required him to file an amended section 2255 motion.

Upon review of Local Rule 3.01(a), the Court finds that the Order of March 16, 2011, was entered appropriately. Specifically, Local Rule 3.01(a) provides that

> In a motion or other application for an order, the movant shall include a concise statement of the precise relief requested, a statement of the basis for the request, and a memorandum of legal authority in support of the request, all of which the movant shall include in a single document not more than twenty-five (25) pages.

Accordingly, Petitioner's objection to the Order entered on March 16, 2011 (Doc. No. 2) by United States Magistrate Judge Gregory J. Kelly is **OVERRULED**, and the Motion for Reconsideration (Doc. No. 4) is **DENIED**. Petitioner's initial section 2255 motion is hereby

**STRICKEN,** and it shall be removed from the record and returned to Petitioner by the Clerk of the Court. Within twenty-one (21) days from the date of this Order, Petitioner shall refile his section 2255 motion on the appropriate form, and it shall not exceed twenty-five pages (25) in length. Petitioner also may file a separate memorandum of law providing legal argument in support of his claims, which shall not exceed twenty-five (25) pages in length. The failure to comply with the provisions of this Order will result in the dismissal of this action without further notice.

      **DONE AND ORDERED** in Chambers in Orlando, Florida this 28th day of March 2011.

Copies to:
OrlP-2 3/25
Patrick Connolly
Counsel of Record

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE